

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>　　　　　　　　Plaintiff, )<br>　　　　　v. )<br>　　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>Hector Eduardo LOPEZ-Gutierrez, )<br>　　　　　　　　　　　　　　　　 )<br>　　　　　　　　Defendant. )<br>　　　　　　　　　　　　　　　　 ) | Magistrate Docket No.　'21 MJ2648<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 18, U.S.C., Sec 111(a)(1) Assault on A Federal Officer (Felony)<br><br>Tittle 8, USC 1325(a)(1) Improper Attempted Entry by Alien (Misdemeanor) |

The undersigned complainant being, duly sworn, states:

### COUNT ONE

On or about June 29, 2021, within the Southern District of California, defendant Hector Eduardo LOPEZ-Gutierrez, did knowingly and intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18 United States Code, Section 1114, to wit a Department of Homeland Security, United States Customs and Border Protection, United States Border Patrol Agent, while the Officer was engaged in the performance of his official duties, such acts involving physical contact with the Officer; in violation of Title 18, United States Code, Section 111(a)(1) a felony.

## COUNT TWO

On or about June 29, 2021, within the Southern District of California, defendant, Hector Eduardo LOPEZ-Gutierrez, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States at a time and place other than as designated by immigration officers, and committed an overt act, to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1325, a misdemeanor.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Wesley Cornue
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON JUNE 30, 2021.

HON. BERNARD G. SKOMAL
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
**Hector Eduardo LOPEZ-Gutierrez**

## PROBABLE CAUSE STATEMENT

On June 29, 2021, Border Patrol Agent J. Bailey was performing his assigned duties in the Brown Field Border Patrol Station's area of responsibility. At approximately 9:00 AM, a National Guardsman was operating a Mobile Surveillance Capability Scope (MSC), and observed four individuals walking north in an area known to Border Patrol agents as "Harveys." Agent Bailey responded to the area, and four individuals jumped out of the brush and started running towards him. Agent Bailey announced himself as a Border Patrol Agent and told them to stop. As the group approached Agent Bailey, they ran around him and headed northeast towards state route 94. Agent Bailey began to pursue the individuals, and was able to grab one, later identified as defendant Hector Eduardo LOPEZ-Gutierrez. This area is located approximately two miles north of the United States/Mexico International Boundary and approximately three and one quarter miles west of the Tecate, California Port of Entry. While trying to detain LOPEZ, he started kicking Agent Bailey in his legs. Agent Bailey temporarily got control of LOPEZ and began to place handcuffs on him. As Agent Bailey was handcuffing LOPEZ, he swung his arm around yanking the handcuffs out of Agent Bailey's hands while hitting him in the face. LOPEZ took off running, and Agent Bailey began chasing him. After a brief chase, Agent Bailey tackled LOPEZ and gave him commands to give up his hands. LOPEZ disregarded Agent Bailey's commands and continued kicking and swinging his left hand, ultimately striking Agent Bailey multiple times. LOPEZ continued to actively resist and refused to show his right hand which was buried underneath him. Eventually, Agent Bailey was able to gain control of LOPEZ' hands and place handcuffs on him. Agent Bailey conducted an immigration inspection of LOPEZ. LOPEZ stated he is a citizen of Mexico without any immigration documents allowing him to enter or remain in the United States legally. At approximately 9:40 AM, Agent Bailey placed LOPEZ under arrest for being in the United States illegally.